**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1734**

_____

RICHARD M. SIMPSON,

        Plaintiff - Appellant,

      v.

CITY OF FREDERICKSBURG; YVONNE J. NAGEOTTE; NAGEOTTE, NAGEOTTE, NAGEOTTE, PC,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:22-cv-00745-HEH)

_____

Submitted:  October 31, 2023                 Decided:  November 2, 2023

_____

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard M. Simpson, Appellant Pro Se. Sarah Marie Carroll, Richmond, Virginia, Melissa Yvonne York, Julie Smith Palmer, HARMAN CLAYTOR CORRIGAN & WELLMAN, Glen Allen, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard M. Simpson appeals the district court's orders dismissing his amended complaint and awarding sanctions to the defendants under Fed. R. Civ. P. 11.[*] Limiting our review to the issues raised in Simpson's informal briefs, we have reviewed the record and discern no reversible error. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's orders. *Simpson v. City of Fredericksburg*, No. 3:22-cv-00745-HEH (E.D. Va., June 27, 2023; July 14, 2023; Aug. 3, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We construe Simpson's informal brief as the functional equivalent of a notice of appeal from the district court's August 3, 2023, final order on sanctions. *See Smith v. Barry*, 502 U.S. 244, 248-49 (1992).